Pakiz/Geraghty

AO 91 (Rev. 11/11)  Criminal Complaint    (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br><br>v.<br><br>SAUL MIRAMONTES<br>(aka Saul Luna-Miramontes, aka Cenuhe Antonio<br>Zepeda-Vibanco, aka Damian Zepeda-Arojona, aka<br>"Abaham")<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  2:24-mj-561 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2023 to Nov. 21, 2024___ in the county of ___Franklin, Licking, Logan,___ in the
Hardin, Delaware, Union
___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) | Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance, to wit: Fentanyl |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

ROBERT KUKOVEC  Digitally signed by ROBERT KUKOVEC
Date: 2024.11.25 09:52:15 -05'00'
_____
*Complainant's signature*

Robert Kukovec, Special Agent (HSI)
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone_____ *(specify reliable electronic means)*.

Date:  ___Nov. 25, 2024___

City and state:  ___Columbus, Ohio___     Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, **Robert Kukovec**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations (HSI) within the United States Department of Homeland Security (DHS).  I have been employed as a Special Agent since April 2002, and I am currently assigned to the HSI office in Columbus, Ohio.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am currently assigned to a multi-jurisdictional narcotics task force in the central Ohio area, and I am cross designated to investigate violations of Title 21 of the United States Code.  Prior to my employment with HSI (and formerly U.S. Customs), I was employed as a police officer in the state of Ohio for approximately 8.5 years.  My responsibilities and duties include the investigation and enforcement of federal laws and regulations related to customs and immigration violations, including but not limited to narcotics, financial crimes, fraud, and violations of the Immigration and Nationality Act.

2.      The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving the smuggling, possession, distribution, and storage of narcotics and narcotics proceeds.  This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have been reported to me either directly or indirectly.  I believe this information to be true and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Your affiant did not withhold any information or evidence that would negate probable cause.  I know it is a violation of 21 U.S.C.

§ 846 for any person to conspire with others to knowingly or intentionally distribute, or possess with intent to distribute, a controlled substance.

**PROBABLE CAUSE**

3.    In April 2023, HSI Columbus and the Delaware County Drug Task Force (DCDTF) developed information in reference to several unknown Hispanic males operating a drug trafficking organization (DTO) in the central Ohio area selling fentanyl to drug users/dealers in various counties, including Franklin County, Delaware County, Union County, Licking County, Pickaway County, Logan County, and Hardin County.  Two previously identified DTO members, Lino ISIORDIA-HERNANDEZ and Luis Eduardo MARTINEZ-TORRES, were arrested as part of this investigation on June 20, 2023, with approximately three (3) kilograms of fentanyl powder/pills, and they were prosecuted through the U.S. District Court in the Southern District of Ohio.

4.    In August 2023, investigators received information from the Logan County (Ohio) Sheriff's Office (LCSO) that they discovered through a confidential source that another unknown Hispanic male (later identified as Milton Ariel ALEMAN-CARTAGENA) was in the central Ohio area taking over the fentanyl distribution operation for this DTO shortly after ISIORDIA-HERNANDEZ and MARTINEZ-TORRES were arrested, and this new subject was utilizing phone number 614-808-5938.

5.    Between approximately August 4, 2023, and October 10, 2023, the LCSO, DCDTF, and/or HSI Columbus arranged to purchase a total of 58 grams of fentanyl (lab-tested) from ALEMAN-CARTAGENA through the use of an undercover officer (UC) or a confidential informant.  All seven (7) narcotics transactions were set up by calling phone number 614-808-5938.  ALEMAN-CARTEGNA usually showed up for the transaction in a maroon 2015 Nissan Altima (Ohio registration KAS3634) or a red 2007 Toyota RAV4 (Ohio registration KDV3581) and generally returned to 231 S. Harris Avenue in Columbus, Ohio following the transactions.

6.      A review of the toll records for phone number 614-808-5938 also revealed that most of the top callers to this phone number were the same phone numbers that were in contact with the previous members of this DTO who were arrested in June 2023 (ISIORDIA-HERNANDEZ and MARTINEZ-TORRES). These phone numbers all belonged to suspected drug users in the central Ohio area based on previously identified information from the prior arrests in this investigation. On August 24, 2023, the DCDTF obtained a pen register/phone ping search warrant for this phone number through the Franklin County Court of Common Pleas in Columbus, Ohio. However, the phone ping for phone number 614-808-5938 showed the phone was located in Oklahoma City, Oklahoma. It appeared that this number was just the "dispatch" line that drug users would contact to set up the narcotics transactions, then the "dispatcher" would contact the "runner" (ALEMAN-CARTAGENA) and provide him instructions on where to deliver the narcotics.

7.      In October 2023, investigators also noticed several other unknown Hispanic males coming and going from the residence at 231 S. Harris Avenue in Columbus, Ohio. Investigators also discovered a black 2011 Nissan Maxima (New Mexico registration BRGA10) registered to a Hispanic subject from Albuquerque, New Mexico parked in front of the residence on October 11, 2023. Investigators later discovered the registered owner of this vehicle was a target of a narcotics investigation by the Drug Enforcement Administration (DEA) in Albuquerque, New Mexico. This DTO was also linked to an investigation by both the DEA in Oklahoma City, Oklahoma and the Oklahoma Bureau of Narcotics (OBN) where the "dispatcher" and "dispatch" line (614-808-5938) were located. The black Nissan Altima with the New Mexico registration was then observed by the OBN at their target location in Oklahoma City the day after (October 12, 2023) the vehicle and registered owner was observed in Columbus, Ohio. On October 13, 2023, the black Nissan Altima then left town and was suspected of travelling back to Albuquerque, New Mexico in tandem with

another vehicle suspected of being our "dispatcher." The phone pings on the "dispatch" line confirmed the "dispatcher" travelled to Alburquerque, New Mexico around that same time.

8.      Technical surveillance and a review of the court ordered GPS vehicle trackers on the maroon 2015 Nissan Altima (Ohio registration KAS3634) and the red 2007 Toyota RAV4 (Ohio registration KDV3581) indicated that ALEMAN-CARTAGENA travelled to the same locations and met with the same previously identified drug users that were listed as the top callers on the "dispatch" line (614-808-5938) between August 2023 and October 2023. Surveillance also observed a second unknown Hispanic male subject (later identified as Saul MIRAMONTES, aka Saul LUNA-MIRAMONTES) travelling around with ALEMAN-CARTAGENA in mid-October 2023 conducting narcotics transactions. Based on your affiant's training and experience, it appeared that ALEMAN-CARTAGENA was training MIRAMONTES in conducting the narcotics transactions and teaching him the area.

9.      On October 20, 2023, the DCDTF obtained a renewal of the GPS vehicle tracker warrant through the Franklin County Municipal Court in Columbus, Ohio for the maroon 2015 Nissan Altima (Ohio registration KAS3634). Also on this date, the DCDTF obtained a renewal of the pen register/phone ping search warrant for the "dispatch" line (614-808-5938) through the Franklin County Court of Common Pleas in Columbus, Ohio. Surveillance later discovered that MIRAMONTES was now driving the red 2007 Toyota RAV4 (Ohio registration KDV3581) and residing at 190 Derrer Road in Columbus, Ohio, which was the other side of the duplex from where the previous DTO members (ISIORDIA-HERNANDEZ and MARTINEZ-TORRES) were arrested in June 2023 at 192 Derrer Road. ALEMAN-CARTAGENA then appeared to mainly utilize the maroon Nissan Altima and still resided at 231 S. Harris Avenue in Columbus, Ohio.

10.     On October 24, 2023, the LCSO UC received a text message from a new phone number (614-508-2935) claiming to be "Abraham" and that he was the new guy in town working

for this DTO.  "Abraham" advised the UC to let him know if he needs anything from the "store." Based on your affiant's training and experience, the "store" was in reference to placing an order for narcotics.  The UC then set up a narcotics transaction for the next day to purchase some fentanyl and heroin.

11.     On October 25, 2023, HSI Columbus, the DCDTF, and the LCSO conducted an undercover purchase of 11.96 grams of fentanyl (based on lab results) for $720 from ALEMAN-CARTAGENA in Columbus, Ohio (Delaware County) utilizing the UC.  The narcotics transaction was set up by calling phone number 614-808-5938, and ALEMAN-CARTAGENA then arrived at the meet location in the maroon 2015 Nissan Altima (Ohio registration KAS3634) to conduct the transaction.  ALEMAN-CARTAGENA was in the front passenger seat of the vehicle and the driver was an unknown Hispanic male (later identified as Darwin Joel GONZALES-ENAMORADO). There was also an unidentified Hispanic female with a child in the backseat of the vehicle during this narcotics transaction.  The UC got a text message later that day from "Abraham" from phone number 614-508-2935 advising that he will wait on the UC's call to conduct the narcotics transaction discussed the day before.  The UC then asked "Abraham" was that not you who he/she just met with to purchase the fentanyl earlier.  "Abraham" advised that it was not, and he wanted to know who the UC met with and what phone number the UC called to place the order. "Abraham" advised that they worked for the same "store," but he would give the UC a better price.

12.     On October 26, 2023, the GPS vehicle tracker on the maroon 2015 Nissan Altima (Ohio registration KAS3634) registered and utilized by ALEMAN-CARTAGENA indicated that it started travelling west out of the state eventually ending up in Indianapolis, Indiana where it made several stops before continuing westbound.  The maroon Nissan Altima eventually travelled all the way to Oklahoma City, Oklahoma arriving on October 28, 2023, and remained there.

ALEMAN-CARTAGENA and GONZALES-ENAMORADO were suspected of being in the vehicle because neither of them were ever observed in Columbus, Ohio again after this time.

13.     On October 27, 2023, HSI Columbus, the DCDTF, and the LCSO conducted an undercover purchase of 1.93 grams of "black tar" heroin (based on lab results) for $100 from "Abraham" (who was confirmed to be MIRAMONTES) in Marysville, Ohio (Union County) utilizing the UC.  The narcotics transaction was set up by calling phone number 614-508-2935, and MIRAMONTES then arrived at the meet location in the red 2007 Toyota RAV4 (Ohio registration KDV3581) to conduct the transaction.  MIRAMONTES was observed by surveillance units leaving 190 Derrer Road in Columbus, Ohio, where he was previously identified as residing, prior to the transaction.  The DCDTF later that same day obtained a pen register/phone ping search warrant for MIRAMONTES' phone number (614-508-2935) through the Franklin County Court of Common Pleas in Columbus, Ohio.

14.     On November 9, 2023, HSI Columbus, the DCDTF, and the LCSO conducted an undercover purchase of 7.90 grams of fentanyl (based on lab results) for $400 from MIRAMONTES in Columbus, Ohio (Delaware County) utilizing the UC.  The narcotics transaction was set up by calling phone number 614-508-2935, and MIRAMONTES then arrived at the meet location in the red 2007 Toyota RAV4 (Ohio registration KDV3581) to conduct the transaction.  MIRAMONTES was observed by surveillance units leaving 190 Derrer Road in Columbus, Ohio, prior to the transaction and returning to the residence after the transaction.

15.     On November 30, 2023, the DCDTF obtained a renewal of the GPS vehicle tracker warrant through the Franklin County Municipal Court in Columbus, Ohio for the red 2007 Toyota RAV4 (Ohio registration KDV3581).

16.     On December 6, 2023, investigators with the LCSO observed MIRAMONTES in the red 2007 Toyota RAV4 (Ohio registration KDV3581) meet with a known drug user near

Lakeview, Ohio (Logan County) and conduct what appeared to be a narcotics transaction based on their training and experience. After the transaction, the LCSO conducted an interdiction traffic stop on the known drug user as they departed the meet location and separated from MIRAMONTES. The traffic stop resulted in the discovery and seizure of approximately 4.23 grams of fentanyl that was just purchased from MIRAMONTES.

17. On December 19, 2023, the LCSO UC received a text message from MIRAMONTES utilizing a new phone number: 614-828-7446. MIRAMONTES advised this was his new phone number if the UC needed anything. On December 23, 2023, the UC received another text message from MIRAMONTES from this new phone number indicating that he had "some good quality coke" (cocaine). Based on this information, the DCDTF obtained a pen register/phone ping search warrant for this new "dispatch" line (614-828-7446) through the Franklin County Court of Common Pleas in Columbus, Ohio on December 27, 2023.

18. On January 4, 2024, investigators discovered that ALEMAN-CARTAGENA and GONZALES-ENAMORADO were arrested for narcotics trafficking by another drug task force in Oklahoma City, Oklahoma. Both subjects later confirmed during interviews that they moved to Oklahoma City from Ohio. ALEMAN-CARTAGENA also advised that his "partner" in Oklahoma City, Emmanuel HERNANDEZ-RIVERA, just recently overdosed and died in December 2023. The Oklahoma City Police Department confirmed responding to an overdose death involving HERNANDEZ-RIVERA on December 9, 2023, where they also located approximately three (3) ounces of powdered fentanyl that appeared like it had just been broken off the corner of a kilogram brick.

19. On January 10, 2024, the DCDTF obtained another renewal of the GPS vehicle tracker warrant through the Franklin County Municipal Court in Columbus, Ohio for the red 2007 Toyota RAV4 (Ohio registration KDV3581). However, shortly after obtaining this tracker renewal

warrant, MIRAMONTES appeared to stop utilizing this vehicle on a regular basis and he was observed by surveillance units operating a silver 2012 Mazda 5 (Ohio temporary registration R641378) instead.

20.     On January 14, 2024, the DCDTF obtained a GPS vehicle tracker warrant through the Franklin County Municipal Court in Columbus, Ohio for the silver 2012 Mazda 5 (Ohio temporary registration R641378).  On January 17, 2024, investigators deployed the GPS vehicle tracker on the silver Mazda 5 while it was located at 190 Derrer Road in Columbus, Ohio.

21.     On January 26, 2024, investigators with the Hardin County Sheriff's Office (HCSO) observed MIRAMONTES in the silver 2012 Mazda 5 (Ohio temporary registration R641378) meet with a known drug user in Kenton, Ohio (Hardin County) and conduct what appeared to be a narcotics transaction.  After the transaction, the HCSO arrested the known drug user on an outstanding warrant after he/she separated from MIRAMONTES.  During the arrest, the drug user was found in possession of approximately one (1) gram of fentanyl that was seized.  The drug user admitted to purchasing the fentanyl from a Hispanic male he just met with that travelled there from Columbus, Ohio (MIRAMONTES).

22.     Between February 2024 and April 2024, MIRAMONTES appeared to switch vehicles, phones, and residences several times.  However, through physical and technical surveillance of MIRAMONTES, it indicated he was still travelling to the same locations and meeting with the same previously identified drug users that were listed as the top callers on the "dispatch" line.  This allowed investigators to identify the various vehicles, phones, and residences that MIRAMONTES was utilizing to maintain surveillance on him through additional GPS tracker warrants and pen register/phone ping search warrants.

23.     On April 24, 2024, investigators conducted surveillance on MIRAMONTES who was now driving a gray 2008 Honda Accord (Ohio temporary registration R865238).

MIRAMONTES was observed meeting with several previously identified drug users throughout the central Ohio area and appeared to be conducting narcotics transactions with each of these people based on your affiant's training and experience.  One particular drug user was approached by investigators after meeting with MIRAMONTES and then travelling to his/her place of work in Columbus, Ohio.  This drug user agreed to cooperate with investigators and admitted to being addicted to fentanyl.  This subject became a cooperating source (CS) and advised that he/she typically purchased approximately one to two grams of fentanyl every week from the same Hispanic male (MIRAMONTES) since around November 2023.  This information was corroborated by phone tolls that indicated the CS had around 216 contacts with MIRAMONTES over the past month alone, and the CS was the third top caller on the "dispatch" line utilized by MIRAMONTES.

24.     On May 22, 2024, HSI Columbus and the DCDTF utilized the CS encountered on April 24, 2024, to conduct a controlled buy of approximately two (2) grams of fentanyl for $100 from MIRAMONTES in Columbus, Ohio.  The narcotics transaction was set up by calling the current "dispatch" phone number (614-512-1593) utilized by MIRAMONTES, and MIRAMONTES then arrived at the meet location in the gray 2008 Honda Accord (now displaying Ohio registration KIH6783) to conduct the transaction.

25.     In August 2024, investigators discovered MIRAMONTES was now utilizing phone number 614-641-1305 as the new "dispatch" line.  A review of phone tolls for this number revealed one of the top callers was phone number 740-405-8349.  This phone number was discovered to belong to a female in Newark, Ohio (Licking County).  The female was identified as a target of investigation by DEA Columbus and the Franklin County Sheriff's Office Special Investigations Unit (FCSO SIU) in another narcotics investigation.  The female was suspected of receiving packages of narcotics shipped to her from California related to their investigation.

MIRAMONTES had previously travelled to the female's known residence in July 2024 as well. MIRAMONTES was also driving a new vehicle and living in a new apartment during this same time frame. MIRAMONTES was identified as residing at an apartment near 5497 Mesa Ridge Lane in Columbus, Ohio and driving a dark blue 2009 Ford Edge (Ohio temporary registration S297902).

26.     On August 19, 2024, investigators were advised by postal inspectors with the U.S. Postal Inspection Service (USPIS) that there was a postal package from California scheduled to be delivered to the female's residence in Newark, Ohio (Licking County). Surveillance was initiated on the residence to observe what would happen after the package was delivered. Within one to two minutes after the postal package was delivered to the female's residence and taken inside the house, the female appeared on MIRAMONTES' phone tolls attempting to contact him. Based on your affiant's training and experience, this was an indication that the shipped parcel that the female received from California probably contained narcotics and it was destined for MIRAMONTES. However, after several hours of surveillance at the female's residence, no one ever showed up to pick up the parcel, so surveillance was terminated.

27.     On September 9, 2024, postal inspectors with the USPIS identified another postal package shipped from California to the female's residence in Newark, Ohio. Postal inspectors interdicted this mail parcel at the Newark, Ohio post office and a federal search warrant was obtained through the U.S. District Court in the Southern District of Ohio. Investigators executed the search warrant on the parcel, resulting in the discovery and seizure of approximately 1,020 gross grams of a white substance pressed into the shape of a brick and stamped on one side with "1000." The white substance was wrapped in numerous layers of tape and packaging. The substance was field tested using a TruNarc narcotics analyzer, and the substance field tested presumptive positive for the presence of fentanyl. The fentanyl was removed from the parcel, and

a sham substance was repackaged in the parcel along with leaving approximately 83 gross grams of a representative sample of the seized fentanyl in the parcel.

28.     On September 9, 2024, investigators executed an anticipatory search warrant at the female's residence after the package was delivered, taken into the residence, and opened. During the search of the residence, investigators located the parcel opened and placed inside of a chest freezer in the kitchen. Within the parcel was the seized 83 gross grams of a representative sample of the seized fentanyl, along with the sham substance. The female was arrested and charged via a criminal complaint through the U.S. District Court in the Southern District of Ohio.

29.     After execution of the search warrant and the arrest of the female, surveillance was maintained by investigators on her residence in Newark, Ohio in case anyone arrived and tried to pick up the delivered mail parcel. Shortly after the mail parcel was delivered and after the female was arrested, MIRAMONTES started reaching out to the female's cellular phone to attempt to contact her. Later that evening, a GPS vehicle tracker on MIRAMONTES' dark blue 2009 Ford Edge (now displaying Ohio registration KKW3736) indicated that it was travelling toward Newark, Ohio. MIRAMONTES arrived in the vicinity of the female's residence in Newark, Ohio, but he did not approach the house. MIRAMONTES parked just down the street from her residence with his lights off and just sat there for a bit watching the residence and working his phone. After a short while, MIRAMONTES departed the area. Several surveillance units followed MIRAMONTES back to his previously identified residence at 5497 Mesa Ridge Lane in Columbus, Ohio. Based on your affiant's training and experience, it appeared the seized postal parcel containing the one (1) kilogram of fentanyl was supposed to be turned over to MIRAMONTES based on the multiple phone calls to the female's phone and the trip to her residence shortly after the parcel was delivered to her residence.

30.     After the arrest of the female on September 9, 2024, MIRAMONTES once again moved to a new location at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio. MIRAMONTES also switched out his vehicle and phone number twice between September 2024 and November 2024.

31.     On October 23, 2024, investigators conducted surveillance on MIRAMONTES. Surveillance units observed MIRAMONTES depart his residence at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio in a gray (unknown year) Honda Accord (Maryland fictitious temporary registration T469951) and eventually travel to Bellefontaine, Ohio (Logan County). Investigators observed MIRAMONTES meet with a previously identified known drug user that he had delivered fentanyl to on several occasions. During the meet, it appeared that a drug transaction took place based on your affiant's training and experience. After MIRAMONTES and the drug user completed the transaction and departed the area, the LCSO had a marked police cruiser conduct an interdiction traffic stop on the drug user. The drug user was interviewed by investigators and admitted to just purchasing approximately one (1) gram of "heroin" for $50 from a Hispanic male known as "Abraham" in a gray Honda. The drug user advised he/she had been purchasing narcotics approximately once a week from this organization for about the last two (2) years. The drug user positively identified a surveillance photograph of MIRAMONTES as the subject he/she knew as "Abraham." The drug user also provided the same phone number (740-647-7128) for "Abraham" that investigators just identified as the new "dispatch" line for MIRAMONTES. A field test of the seized narcotics tested presumptive positive for fentanyl. Electronic surveillance indicated that MIRAMONTES eventually returned back to his residence at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio later that day.

32.     Shortly after the interdiction stop on the drug user in Bellefontaine, Ohio, MIRAMONTES once again switched phone numbers and vehicles in November 2024. The new

"dispatch" line for MIRAMONTES was identified as 380-261-8901, and the new vehicle he was now driving was a black 2012 Jeep Patriot (Ohio registration KMB8596).  On November 14, 2024, the DCDTF obtained a pen register/phone ping search warrant for the new "dispatch" line (380-261-8901) through the Franklin County Court of Common Pleas in Columbus, Ohio.

33.     On November 21, 2024, based on electronic surveillance of the phone pings, MIRAMONTES travelled from his apartment at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio to Bellefontaine, Ohio (Logan County).  Phone tolls on the "dispatch" line indicated MIRAMONTES was communicating with another previously identified known drug user in Bellefontaine, Ohio.  Investigators with the LCSO established surveillance on this known drug user and observed MIRAMONTES meet with this drug user in Bellefontaine, Ohio and conduct what appeared to be a narcotics transaction.  MIRAMONTES arrived at the meet location in the black 2012 Jeep Patriot (Ohio registration KMB8596).  Upon completion of the suspected narcotics transaction and after MIRAMONTES left the area, LCSO investigators approached the drug user and conducted a consensual encounter.  The drug user cooperated with investigators and admitted to just purchasing approximately one (1) gram of fentanyl from a Hispanic male known as "Abraham" (MIRAMONTES).  A field test of the seized narcotics tested presumptive positive for fentanyl.  Electronic surveillance indicated that MIRAMONTES eventually returned to his residence at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio later that day.

34.     Based on a combination of physical and electronic surveillance over the course of the last two months, investigators have observed MIRAMONTES travel from his residence at 5835 Arborwood Drive, Apartment A, in Columbus, Ohio to previously identified locations of known drug users who are top callers on the "dispatch" line, on a near daily basis, before returning back to this same residence.

35.     Record checks on MIRAMONTES indicated he is a Mexican national illegally present in the United States who has been encountered and removed several times from the United States.  MIRAMONTES also has a criminal history for narcotics trafficking in Arizona and illegal reentry.

## CONCLUSION

36.     Based on the facts set forth in this Affidavit, there is probable cause to believe that beginning on an exact date unknown but at least October 2023 and continuing up to and including November 21, 2024, in the Southern District of Ohio and elsewhere, **Saul MIRAMONTES (aka Saul Luna-Miramontes, aka Cenuhe Antonio Zepeda-Vibanco, aka Damian Zepeda Arojona, aka "Abraham")**, along with others known and unknown, conspired to knowingly and intentionally distribute and possess with intent to distribute, a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).

ROBERT KUKOVEC
Digitally signed by ROBERT KUKOVEC
Date: 2024.11.25 09:53:26 -05'00'

Robert Kukovec
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this ___25th___ day of ___November___, 2024

Kimberly A. Jolson
United States Magistrate Judge